# United States District Court
Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**CARLOS D. HOPE,**

    **Petitioner,**

    v.                                    Case No. 04-C-761

**GARY R. MCCAUGHTRY,**

    **Respondent.**

[x]     **Decision by Court**. This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus fails on the merits and the petition and this action is **dismissed.**

                                      Jon W. Sanfilippo, Clerk of Court
                                      EASTERN DISTRICT OF WISCONSIN

Date:   March 31, 2008               (By) Deputy Clerk, <u>s/C. Quinn</u>

                                      Approved this <u>31st</u> day of March, 2008.

                                      <u>/s/ Aaron E. Goodstein</u>
                                      AARON E. GOODSTEIN
                                      United States Magistrate Judge